1  Michael W. Fattorosi, Esq., SBN 193538
   michael@fattlegal.com
2  LAW OFFICES OF MICHAEL W. FATTOROSI
   5850 Canoga Avenue, Suite 400
3  Woodland Hills, California 91367
   (818) 881-8500, Fax: (818) 881-9008
4
   Attorneys for Plaintiff, XPAYS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPAYS, INC., a Delaware Corporation, | CASE NO. CV11-05880 ODW (FFMx) |
| Plaintiff, | NOTICE OF RELATED CASE |
| vs. | |
| DOES 1 through 995, | |
| Defendants. | |

///
///
///

---
**NOTICE OF RELATED CASE**

TO THE COURT AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Pursuant to California Central District Local Rules, Rule 83-1.3.1, Plaintiff hereby gives notice of a case related to the above-captioned action, as follows:

Title: XPays, Inc. v. Does 1 through 843
Case Number: 2:11-cv-652 SJO (MANx)
Filing Date: January 21, 2011

The instant action contains causes of action against Doe Defendants for (1) Copyright Infringement, (2) Contributory Copyright Infringement, and (3) Violation of California Business & Professions Code §§ 17200, et seq. The lower numbered case contains causes of action against Doe Defendants for (1) Copyright Infringement and (2) Contributory Copyright Infringement. The Doe Defendants in each of the cases are likely different, as each Defendant was tracked engaging in the at-issue acts at a different times.

Plaintiff's basis for belief that the actions are related are as follows:

1. Pursuant to L.R. 83-1.3.1(a), both cases arise from a closely related transaction, happening or event in that each involves the unauthorized uploading of Plaintiff's motion picture via a BitTorrent program;

2. Pursuant to L.R. 83-1.3.1(b), both cases may call for determination of the same or substantially related or similar questions of law and fact concerning the Doe Defendants' violations of the Copyright Act, 17 U.S.C. §§ 101, et seq.; and

3. Pursuant to L.R. 83-1.3.1(d), both cases involve the same copyright.

Respectfully Submitted,

Dated: July 14, 2011   LAW OFFICES OF MICHAEL W. FATTOROSI

By: _____
Michael W. Fattorosi, Attorney for Plaintiff,
XPAYS, INC.