Michael W. Fattorosi, Esq., SBN 193538
michael@fattlegal.com
LAW OFFICES OF MICHAEL W. FATTOROSI
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
(818) 881-8500, Fax: (818) 881-9008

Attorneys for Plaintiff, XPAYS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPAYS, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DOES 1 through 995,<br><br>　　　　　Defendants.<br>_____ | CASE NO. CV 11-05880 ODW (FFMx)<br><br>[Assigned to the Honorable Otis D. Wright II, Courtroom 11]<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY**<br><br>Complaint Filed:　July 18, 2011<br>Trial Date:　　　　　Not Set |

///
///
///

1

**ORDER**

1     Having considered Plaintiff, XPAYS, INC.'s Plaintiff's Ex Parte Application for Expedited Discovery, all documents filed in opposition thereto, the Cable Privacy Act (47 U.S.C. §551), and good cause appearing therefore,

    IT IS ORDERED THAT Plaintiff's ex parte application is GRANTED.

    Plaintiff may engage in immediate discovery in this matter, including the issuing of subpoenas to cable operators and Internet Service Providers to produce any and all documents and/or information sufficient to identify the DOE defendants.

    For each such subpoena, (a) the Internet Service Provider shall have seven (7) calendar days after service of the subpoena to notify the subscriber that their identity is sought by Plaintiff, and (b) each subscriber whose identity is sought shall have twenty one (21) calendar days from the date of such notice to file any papers contesting the subpoena.

    This Order is compliant with the requirements of the Cable Privacy Act (47 U.S.C. §551).

**IT IS SO ORDERED**

_July 21, 2011

_____
Honorable Otis D. Wright II
Judge, United States District Court