UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-5880 ODW (FFMx) | Date | September 28, 2011 |
|---|---|---|---|
| Title | XPAYS, INC. v. JAN C. BOOKER | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| J. Muñoz | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS OR MOTION TO QUASH SUBPOENA**

The Court is in receipt of defendant's "Motions to Dismiss or Motion to Quash Subpoena," filed on September 22, 2011. The motion shall be heard on October 25, 2011 at 10:00 a.m. in Courtroom E on the Ninth Floor of the United States Courthouse, 312 North Spring Street, Los Angeles, California.

IT IS SO ORDERED.

                                                                                                 :

Initials of Preparer      JM