FILED
CLERK, U.S. DISTRICT COURT

SEP 29 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| XPAYS INC., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 11-5880 ODW (FFMx) |
| v. | |
| DOES, | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below were improperly filed for the following reason(s)
Duplicate filing of document number 16.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| # 17 - Motion to quash or dismiss (Duplicate of #16) | 09/22/11 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

9/29/11
Date

United States District Judge/Magistrate Judge

CV-80 (12/95)                    ORDER STRIKING FILED DOCUMENTS FROM THE RECORD