## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-5880 ODW (FFMx) | Date | October 25, 2011 |
|---|---|---|---|
| Title | XPAYS v. DOES | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | CS 10/25/11 | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Michael Fattorosi<br>Michael Kuznetsky | Sofia Abuda, Pro se<br>Jan Booker, Pro se |

**Proceedings:**     **DEFENDANT'S MOTION TO QUASH**

Case called.  Counsel and party make their appearance.

Defendant's motion to quash is denied as stated on the record.

|  | : | 05 |
|---|---|---|
| Initials of Preparer | | JM |