Michael D. Kuznetsky, Esq., SBN 241045
mike@kuzlaw.com
KUZNETSKY LAW GROUP, P.C.
10 Universal City Plaza, Suite 2000
Universal City, CA 91608
(818) 753-2450, Fax: (818) 736-9099

Michael W. Fattorosi, Esq., SBN 193538
michael@fattlegal.com
LAW OFFICES OF MICHAEL W. FATTOROSI
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
(818) 881-8500, Fax: (818) 881-9008

Attorneys for Plaintiff, XPAYS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPAYS, INC., a Delaware Corporation, | CASE NO. CV 11-05880 ODW (FFMx) |
| Plaintiff, | [Assigned to the Honorable Otis D. Wright II, Courtroom 11] |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO EXTEND TIME FOR SERVICE OF THE COMPLAINT** |
| DOES 1 through 995, | |
| Defendants. | |
| | Complaint Filed:  July 18, 2011 |
| | Trial Date:  Not Set |

///

///

///

1

**ORDER**

1  Having considered Plaintiff, XPAYS, INC.'s Plaintiff's Ex Parte Application to
2  Extend Time for Service of the Complaint, and good cause appearing therefore,
3  IT IS ORDERED THAT Plaintiff's ex parte application is GRANTED.
4  The last day for Plaintiff to serve the Complaint in this matter is continued for
5  ninety (90) days, through and including Monday, February 13, 2012.

**IT IS SO ORDERED**

_____, 2011            _____
                                        Honorable Otis D. Wright II
                                        Judge, United States District Court