1  Michael D. Kuznetsky, Esq., SBN 241045
   mike@kuzlaw.com
2  KUZNETSKY LAW GROUP, P.C.
   10 Universal City Plaza, Suite 2000
3  Universal City, CA 91608
   (818) 753-2450, Fax: (818) 736-9099
4
   Michael W. Fattorosi, Esq., SBN 193538
5  michael@fattlegal.com
   LAW OFFICES OF MICHAEL W. FATTOROSI
6  5850 Canoga Avenue, Suite 400
   Woodland Hills, California 91367
7  (818) 881-8500, Fax: (818) 881-9008
8  Attorneys for Plaintiff, XPAYS, INC.
9
10                UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA
12
13  XPAYS, INC., a Delaware Corporation,    )   CASE NO. CV 11-05880 ODW
                                            )   (FFMx)
14                                          )
                    Plaintiff,              )   [Assigned to the Honorable Otis D.
15                                          )   Wright II, Courtroom 11]
    vs.                                     )
16                                          )   [PROPOSED] ORDER
    DOES 1 through 995,                     )   GRANTING PLAINTIFF'S EX
17                                          )   PARTE APPLICATION TO
                    Defendants.             )   EXTEND TIME FOR SERVICE
18                                          )   OF THE COMPLAINT
19  _____ )
                                                Complaint Filed:    July 18, 2011
20                                              Trial Date:         Not Set
21  ///
22  ///
23  ///
24
25
26
27
28

                               1
                            _____
                               ORDER

1    Having considered Plaintiff, XPAYS, INC.'s Plaintiff's Ex Parte Application to

2  Extend Time for Service of the Complaint, and good cause appearing therefore,

3    IT IS ORDERED THAT Plaintiff's ex parte application is GRANTED.

4    The last day for Plaintiff to serve the Complaint in this matter is continued for

5  ninety (90) days, through and including Monday, February 13, 2012.

6

7  **IT IS SO ORDERED**

8

9  November    3    , 2011

10                                          Honorable Otis D. Wright II
                                            Judge, United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28