```
1   MICHAEL B. STONE, ESQ., Bar #160177
    Attorney at Law
2   3020 Old Ranch Parkway, Suite 300
    Seal Beach, CA 90740
3   (310) 776-7500
    (310) 861—0647 Fax
4   michael.b.stone@att.net

5   Attorney for Specially
    Appearing Defendant
6   Alleged Doe 96.247.126.15

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  XPAYS, INC., a Delaware      )   No. CV11-5880 ODW (FFMx)
    corporation,                 )
12                               )   NOTICE OF ERRATA
              Plaintiff,         )
13                               )   (MOTION TO
       vs.                       )   1) QUASH SUBPOENA; and
14                               )   2) SEVER DEFENDANTS)
    DOES 1-995,                  )
15                               )   Date:  December 6, 2011
              Defendants.        )   Time:  10:00 A.M.
16                               )   Place: 312 N. Spring Street
                                 )          Courtroom E
17                               )          Los Angeles,
                                 )          California
18                               )
                                 )   Before the Honorable
19                               )   Frederick F. Mumm,
                                 )   U.S. Magistrate Judge
20                               )
                                 )
21  _____     )

22
```

23    **TO THE COURT AND TO PLAINTIFF, XPAYS, INC., and its**

24    **attorneys of record:**

25       Please take note of the following corrections to

26    documents previously filed with the Court by this office:

27       1.  The Motion to Quash Subpoena and Sever Defendants,

28    document # 23, previously noticed for November 21, 2011

**NOTICE OF ERRATA - 1**

1  before the Honorable Otis D. Wright II, U.S. District
2  Judge, should instead be heard on December 6, 2011 at 10:00
3  A.M. in Courtroom E before the Honorable Frederick F. Mumm,
4  U.S. Magistrate Judge.  This date is acceptable to Michael
5  D. Kuznetsky, Esq., attorney for XPAYS, INC.
6     2.   This office respectfully requests that a duplicate
7  motion that we filed, Document # 27, set for November 29,
8  2011 before the Honorable Frederick F. Mumm, U.S.
9  Magistrate Judge, be withdrawn and taken off calendar.
10     We regret the error.
11  Dated: November 14, 2011      **LAW OFFICES OF MICHAEL B. STONE**

                                  _____
                                  /S/MICHAEL B. STONE, ESQ.
                                  Attorney at Law
                                  Attorney for Specially
                                  Appearing Defendant
                                  ALLEGED DOE 96.247.126.15

**NOTICE OF ERRATA - 2**