Michael D. Kuznetsky, Esq., SBN 241045
mike@kuzlaw.com
KUZNETSKY LAW GROUP, P.C.
10 Universal City Plaza, Suite 2000
Universal City, CA 91608
(818) 753-2450, Fax: (818) 736-9099

Michael W. Fattorosi, Esq., SBN 193538
michael@fattlegal.com
LAW OFFICES OF MICHAEL W. FATTOROSI
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
(818) 881-8500, Fax: (818) 881-9008

Attorneys for Plaintiff, XPAYS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPAYS, INC., a Delaware Corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>DOES 1 through 995,<br><br>          Defendants. | CASE NO. CV 11-5880 ODW (FFMx)<br><br>[Assigned to the Honorable Otis D. Wright II, Courtroom 11]<br><br>**NOTICE OF ERRATA**<br><br>Complaint Filed:  July 18, 2011<br>Trial Date:              Not Set |

///

///

///

1

**NOTICE OF ERRATA**

TO THE COURT, ALL INTERESTED PARTIES HEREIN, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

Please take notice that Plaintiff's Memorandum of Points and Authorities in Opposition to Motion to Quash Subpoena and Sever Defendants ("Plaintiff's Opposition") [DE 24] was originally calendared for November 21, 2011, at 8:30 a.m., before the Honorable Otis D. Wright II, pursuant to the Motion to Quash Subpoena and Sever Defendants [DE 23].

On November 14, 2011, counsel for DOE 96.247.126.15, filed a Notice of Errata [DE 28] changing the date, time, Judge, and courtroom for the hearing on said motion.

Therefore, pursuant to that Notice of Errata [DE 28], Plaintiff's Opposition should also be calendared for December 6, 2011, at 10:00 a.m., before the Honorable Frederick F. Mumm, U.S. Magistrate Judge, Courtroom E.

Respectfully Submitted,

Dated: November 14, 2011         KUZNETSKY LAW GROUP, P.C.

                                 By:   /s/ Michael D. Kuznetsky
                                       Michael D. Kuznetsky, Attorney for
                                       Plaintiff, XPAYS, INC., a Delaware
                                       Corporation

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing documents described as **NOTICE OF ERRATA** with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on November 14, 2011.

    Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on November 14, 2011, at Toluca Lake, California.

/S/ Michael Kuznetsky
MICHAEL D. KUZNETSKY