UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-5880 ODW (FFMx) | Date | November 10, 2011 |
|---|---|---|---|
| Title | XPAYS, Inc. v. DOES 1-995 | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | CS 10/25/11 | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE DEFENDANT'S MOTION TO QUASH

Doe 96.247.126.15 ("Doe") has filed a motion requesting (1) an order quashing a subpoena served on Verizon Communications seeking records regarding the moving party from the moving party's internet service provider; and (2) an order severing and dismissing all defendants in excess of one for improper joinder.

The Court finds this motion appropriate for disposition without oral argument.

Doe argues that plaintiff has improperly joined over 900 doe defendants. Doe's contention may be meritorious in that it appears from the complaint that not all defendants participated in the same alleged infringement. However, improper joinder is not a proper basis for quashing a subpoena. The Court also finds that the question of improper joinder is for the District Judge, not the Magistrate Judge to decide.

Doe further argues that the subpoena is burdensome and that plaintiff has issued the subpoena for an improper purpose.

The Court finds that the subpoena does not impose any burden on Doe. Rather, the burden, if any, is imposed on Verizon Communications, who is required to provide certain records that identify Doe. Verizon has not requested any relief from the subpoena. Finally, as to plaintiff's alleged improper purpose, until and unless Doe is severed and dismissed from this action, plaintiff is entitled to take discovery to ascertain the names of those the Complaint alleges infringed plaintiff's copyright.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-5880 ODW (FFMx) | Date | November 10, 2011 |
|---|---|---|---|
| Title | XPAYS, Inc. v. DOES 1-995 | | |

Therefore, the motion to quash is denied and the motion for order severing defendant is vacated as being brought before the incorrect judicial officer. This order is without prejudice to Doe's filing a motion to sever and dismiss before the District Judge assigned to this case.

                                                                                 _____ : _____

Initials of Preparer                JM