Michael D. Kuznetsky, Esq., SBN 241045
mike@kuzlaw.com
KUZNETSKY LAW GROUP, P.C.
10 Universal City Plaza, Suite 2000
Universal City, CA 91608
(818) 753-2450, Fax: (818) 736-9099

Michael W. Fattorosi, Esq., SBN 193538
michael@fattlegal.com
LAW OFFICES OF MICHAEL W. FATTOROSI
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
(818) 881-8500, Fax: (818) 881-9008

Attorneys for Plaintiff, XPAYS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPAYS, INC., a Delaware Corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>DOES 1 through 995,<br><br>          Defendants. | CASE NO. CV 11-5880 ODW (FFMx)<br><br>[Assigned to the Honorable Otis D. Wright II, Courtroom 11]<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed:  July 18, 2011<br>Trial Date:            Not Set |

**NOTICE IS HEREBY GIVEN TO THE COURT AND ALL PARTIES THAT:**

Pursuant to Fed.R.Civ.P., Rule 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: February 24, 2012                              KUZNETSKY LAW GROUP, P.C.

                                                            By:   /s/ Michael D. Kuznetsky
                                                                    Michael D. Kuznetsky, Attorney for Plaintiff, XPAYS, INC., a Delaware Corporation

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing documents described as **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on February 24, 2012.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on February 24, 2012, at Toluca Lake, California.

/S/ Michael Kuznetsky
MICHAEL D. KUZNETSKY